THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| L.W., in her capacity as parent and guardian of minor student B.W.,<br><br>                  Plaintiff,<br>   v.<br><br>RENTON SCHOOL DISTRICT,<br><br>                  Defendant. | CASE NO. C19-0065-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal of counsel and appearance of new law office (Dkt. No. 18). The motion is GRANTED. Shannon McMinimee and Cedar Law PLLC are permitted leave to withdraw as counsel for Plaintiff in this case. Jinju Park remains as counsel for Plaintiff, and Countermark Law PLLC shall be substituted as new counsel for Plaintiff.

DATED this 18th day of July 2019.

                                                William M. McCool
                                                Clerk of Court

                                                s/Tomas Hernandez
                                                Deputy Clerk